IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LILLIAN PECKO, | **:** | |
| *Plaintiff*, | **:** | CIVIL ACTION |
| | **:** | |
| v. | **:** | |
| | **:** | |
| ALLSTATE INSURANCE COMPANY, | **:** | No. 16-1988 |
| *Defendant*. | **:** | |

## O R D E R

**AND NOW**, this 20th day of September, 2016, upon consideration of Defendant's Notice

of Removal (Doc. No. 1), Plaintiff's Motion to Remand (Doc. No. 4), and Defendant's

Opposition (Doc. No. 5), **it is hereby ORDERED** that Plaintiff's Motion to Remand (Doc. No.

4) is **DENIED**.


BY THE COURT:


S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1