IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LILLIAN PECKO,                          :
              *Plaintiff*,          :          CIVIL ACTION
                             :
      **v.**                                :
                             :
ALLSTATE INSURANCE COMPANY,             :          No. 16-1988
              *Defendant*.         :

## O R D E R

    **AND NOW**, this 7th day of November, 2016, upon consideration of Defendant's Motion to Dismiss (Doc. No. 6), Plaintiff's Response in Opposition (Doc. No. 12), Defendant's Motion for Summary Judgment (Doc. No. 18), Plaintiff's Response in Opposition (Doc. No. 21), and after oral argument held on November 3, 2016, **it is hereby ORDERED** that:

1. Defendant's Motion for Summary Judgment (Doc. No. 18) is **GRANTED**;

2. Defendant's Motion to Dismiss (Doc. No. 6) is deemed **MOOT**;

3. The Clerk of Court shall close this case for all purposes including statistics.


                         BY THE COURT:


                         S/Gene E.K. Pratter
                         GENE E.K. PRATTER
                         United States District Judge